ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1300
Oakland, CA 94612
Telephone:   415 882 5000
Facsimile:   415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660
Telephone:   949 732 3700
Facsimile:   949 732 3739

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, PRUCO LIFE INSURANCE COMPANY,
and PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VALERIE NEPINSKY,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 1:23-cv-01571-JLT-BAM<br><br>**JOINT STIPULATION FOR A CONTINUANCE AND [PROPOSED] ORDER**<br><br>Hearing Date:   December 6, 2023<br>Hearing Time:   10:00 am<br>Judge:   Hon. Barbara A. McAuliffe<br><br>Date Action Filed: September 27, 2023<br>Trial Date:   None set |

Plaintiff Valerie Nepinsky ("Nepinsky") and Defendants The Prudential Insurance Company of America, Pruco Life Insurance Company, and Pruco Life Insurance Company of New Jersey (collectively, "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to a one (1) week continuance of the December 6, 2023 hearing on Defendants' Application for Relief due to CM/ECF Technical Failure (ECF No. 4) ("Application").  In support thereof, the Parties state:

WHEREAS, Defendants filed the Application on November 7, 2023;

WHEREAS, by Order on the Court's own motion (ECF No. 7), the hearing date for Defendants' Application is presently scheduled for December 6, 2023;

WHEREAS, the undersigned counsel for Defendants are unavailable to appear at the December 6, 2023 hearing due to work and client commitments;

WHEREAS, the stipulated continuance is not being sought for the purpose of delay but rather is being sought in good faith;

WHEREAS, there have been no previous requests for continuance in this matter;

WHEREAS, the requested continuance will not affect any other date in the case;

NOW, THEREFORE, the Parties agree and stipulate to the continuance of the hearing date on Prudential's Application to December 13, 2023 or as soon thereafter the Court is available.

IT IS SO STIPULATED:

|  |  |
|---|---|
|  | LAW OFFICES OF<br>PAUL J. O'ROURKE, JR. |
| Date: December 1, 2023 | By: */s/ Paul J. O'Rourke, Jr.*<br>(as authorized on 12/1/23)<br>Paul J. O'Rourke, Jr., Esq.<br>Attorney for Plaintiff<br>Valerie Nepinsky |
|  | DENTONS US LLP |
| Date: December 1, 2023 | By: */s/ Andrew S. Azarmi*<br>Andrew S. Azarmi<br>Anne E. Waddell<br>Attorneys for Defendants<br>The Prudential Insurance Company of America, Pruco Life Insurance Company, and Pruco Life Insurance Company of New Jersey |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612
415 882 5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VALERIE NEPINSKY,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUCO LIFE INSURANCE COMPANY; PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01571-JLT-BAM<br><br>**[PROPOSED] ORDER REGARDING STIPULATED CONTINUANCE**<br><br>Hearing Date:   December 6, 2023<br>Hearing Time:   10:00 am<br>Judge:   Hon. Barbara A. McAuliffe<br><br>New Hearing Date: December 19, 2023<br>New Hearing Time: 8:30 AM<br>Judge:   Hon. Barbara A. McAuliffe<br>Courtroom:   8<br><br>Date Action Filed:  September 27, 2023<br>Trial Date:   None set |

Upon consideration of the Parties' Joint Stipulation for Continuance (Doc. 11) and good cause appearing, it is hereby ORDERED that:

1.   The hearing date on Defendants' Application for Relief (Doc. 4) is continued to **December 19, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties shall appear at the hearing remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: __**December 4, 2023**__         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE